BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:00-cr-00412-MCE |
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT |
| JANETA AURANDJIAN, | |
| Defendant. | |

In accordance with the Government's Motion to Dismiss (ECF No. 3), IT IS HEREBY ORDERED that the above-captioned indictment be dismissed.  The Clerk of Court is accordingly directed to close this file.

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1